IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| QUEST NETTECH CORPORATION | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No.  6:13-CV-708-KNM |
| | § | |
| DON JAGODA ASSOCIATES | § | |
| | § | |
| | § | |
| Defendant. | § | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Quest NetTech Corporation submits this Notice of Voluntary Dismissal of all claims against Defendant Don Jagoda Associates without prejudice.

Dated:  September 25, 2013                    Respectfully submitted,


                                             */s/ Deron R. Dacus*_____
                                             DERON R. DACUS
                                             State Bar No. 00790553
                                             ddacus@dacusfirm.com
                                             SHANNON DACUS
                                             State Bar No. 00791004
                                             sdacus@dacusfirm.com
                                             PETE KERR
                                             State Bar No. 24076478
                                             pkerr@dacusfirm.com
                                             THE DACUS FIRM, P.C.
                                             821 ESE Loop 323, Suite 430
                                             Tyler, TX. 75701
                                             903/705-1117
                                             Fax - 903/581-2543

                                             ATTORNEYS FOR PLAINTIFF QUEST
                                             NETTECH, INC.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 25th day of September, 2013.

*/s/ Deron R. Dacus*_____
DERON R. DACUS